# UNITED STATES DISTRICT COURT
for the
UNITED STATES DISTRICT COURT

| | |
|---|---|
| **Chet Michael Wilson, on behalf of himself and all others similarly situated** <br><br> *Plaintiff* <br><br> v. <br><br> **The HELOC Company LLC** <br><br> *Defendant* | ) ) ) ) ) ) Civil Action No. 8:26-cv-00025-AAO ) ) ) ) |

## AFFIDAVIT OF SERVICE

I, Olasumbo Elemikan, state:

I am 18 years or older and not a party to this action or a member of a corporation or organization that is a party to this action.

I served the following documents to The HELOC Company LLC in Baltimore County, MD on January 14, 2026 at 3:47 pm at 1519 York Rd, Lutherville Timonium, MD 21093-5611 by leaving the following documents with Jane Doe (Did not provide name ) who as Employee is authorized by appointment or by law to receive service of process for The HELOC Company LLC.

SUMMONS IN A CIVIL ACTION, CLASS ACTION COMPLAINT, CIVIL COVER SHEET FORM JS 44
Race: White, Sex: Female, Est. Age: 35-44, Hair: Blonde, Glasses: N, Est. Weight: 140 lbs to 160 lbs, Est. Height: 5' 6" to 5' 9".
Geolocation of Serve: https://google.com/maps?q=39.4218729833,-76.6171383167
Photograph: See Exhibit 1


Total Cost: $170.00

I DECLARE UNDER PENALTY OF PERJURY UNDER THE LAWS OF THE UNITED STATES OF AMERICA THAT THE FACTS HEREIN ARE TRUE AND CORRECT.

Executed in _____ , \_\_\_\_\_on _____ .

Signature
Olasumbo Elemikan
+1 (929) 454-9080
9 Airway Cir, 3c, Towson, MD 21286



