IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(Southern Division)

| | |
|---|---|
| CHET MICHAEL WILSON, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>THE HELOC COMPANY LLC,<br><br>Defendant. | Case No. 8:26-CV-00025-LKG |

## ENTRY OF APPEARANCE

Please enter the appearance of Sarah E. Meyer and Womble Bond Dickinson (US) LLP as counsel for Defendant, The HELOC Company LLC, in the above-captioned case. Ms. Meyer should be designated as lead and notice counsel.

/s/ Sarah E. Meyer
Sarah E. Meyer (Bar No. 29448)
WOMBLE BOND DICKINSON (US) LLP 100 Light Street 26th Floor
Baltimore, MD 21202
Phone: (410) 545-5800
Email: Sarah.Meyer@wbd-us.com

*Counsel for Defendant,
The HELOC Company, LLC*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 27th day of February, 2026, a copy of the foregoing was filed and served upon all counsel of record via the Court's CM/ECF filing system.

/s/ Sarah E. Meyer
Sarah E. Meyer (Bar No. 29448)