IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(Southern Division)

| | |
|---|---|
| **CHET MICHAEL WILSON**, on behalf of himself and all others similarly situated,<br><br>    **Plaintiff,**<br><br>v.<br><br>**THE HELOC COMPANY LLC,**<br><br>    **Defendant.** | **Case No. 8:26-CV-00025-LKG** |

**CONSENT MOTION FOR EXTENSION OF TIME FOR
THE HELOC COMPANY LLC TO RESPOND TO THE COMPLAINT**

Defendant, The HELOC Company LLC ("The HELOC Company"), by and through its undersigned counsel, with the consent of Plaintiff Chet Michael Wilson ("Plaintiff"), hereby respectfully requests an extension of the time within which The HELOC Company must file a response to the Complaint, whether by responsive pleading and/or preliminary motion, to and including March 20, 2026, and states as follows:

1.     On January 6, 2026, Plaintiff filed a Complaint against The HELOC Company in this action.

2.     The HELOC Company was served on or about January 14, 2026.

3.     Plaintiff originally agreed to an extension through and including February 27, 2026.

4.     The undersigned has only recently been engaged to represent The HELOC Company in this action and requires additional time to investigate and prepare a defense. As such, the undersigned has requested an additional three-week extension of the deadline for the HELOC Company to respond to the Complaint.

1

5.    Counsel for the Plaintiff has graciously consented to the request for a three-week extension of the deadline for The HELOC Company's initial response.

6.    Neither party will be prejudiced by this extension.

WHEREFORE, Defendant, The HELOC Company LLC, hereby requests that this Court extend the deadline within which The HELOC Company must respond to the Complaint, whether by responsive pleading and/or preliminary motion to and including March 20, 2026. A proposed Order is submitted herewith.

RESPECTFULLY SUBMITTED,

*/s/ Sarah E. Meyer*
Sarah E. Meyer (Bar No. 29448)
WOMBLE BOND DICKINSON (US) LLP 100 Light Street 26th Floor
Baltimore, MD 21202
Phone: (410) 545-5800
Email: Sarah.Meyer@wbd-us.com

*Counsel for Defendant,*
*The HELOC Company, LLC*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 27th day of February, 2026, a copy of the foregoing was filed and served upon all counsel of record via the Court's CM/ECF filing system.

*/s/ Sarah E. Meyer*
Sarah E. Meyer (Bar No. 29448)