IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(Southern Division)

| | |
|---|---|
| **CHET MICHAEL WILSON**, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>**THE HELOC COMPANY LLC,**<br><br>Defendant. | Case No. 8:26-CV-00025-LKG |

## ORDER

UPON CONSIDERATION of the Consent Motion For Extension of Time For The HELOC Company LLC to Respond to the Complaint, and for good cause shown therein, it is this ___ day of _____, 2026,

**ORDERED**, that the Motion be and hereby is GRANTED; and it is further,

**ORDERED**, that the deadline for The HELOC Company LLC to respond to the Plaintiff's Complaint is hereby extended to and including **March 20, 2026**.

_____
Hon. Lydia Kay Griggsby
U.S. District Court for the District of Maryland