## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

Chet Michael Wilson, et al.                    *

   **Plaintiff,**

                                 *

**v.**                                          Case No. 8:26-CV-00025-LKG

                                 *

The HELOC Company LLC

   **Defendant.**                              *

### MOTION FOR ADMISSION PRO HAC VICE

I, Sarah Meyer _____, am a member in good standing of the bar of this

Court. I am moving the admission of Tomio B. Narita _____

to appear pro hac vice in this case as counsel for The HELOC Company LLC _____.

We certify that:

1. The proposed admittee is not a member of the Maryland bar and does not maintain any law office in Maryland

2. The proposed admittee is a member in good standing of the bars of the following State Courts and/or United States Courts:

| State Court & Date of Admission | U.S. Court & Date of Admission |
|---|---|
| California - 1991 | US Supreme Court - 2004 |
|  | USDC - Northern CA - 1992 |
|  | USDC - Central CA - 1991 |
|  | USDC - Eastern CA - 1992 |

See Attachment A for additional bar admissions

3. During the twelve months immediately preceding this motion, the proposed admittee has been admitted pro hac vice in this Court 0 _____ time(s).

4. The proposed admittee has never been disbarred, suspended, or denied admission to practice law in any jurisdiction. (NOTE: If the proposed admittee has been disbarred, suspended, or denied admission to practice law in any jurisdiction, then he/she must submit a statement fully explaining all relevant facts.)

5. The proposed admittee is familiar with the Maryland Attorneys' Rules of Professional Conduct, the Federal Rules of Civil Procedure, the Federal Rules of Evidence, the Federal Rules of Appellate Procedure, and the Local Rules of this Court, and understands he/she shall be subject to the disciplinary jurisdiction of this Court.

6. The proposed admittee understands admission pro hac vice is for this case only and does not constitute formal admission to the bar of this Court.

7. Either the undersigned movant or _____, is also a member of the bar of this Court in good standing, and will serve as co-counsel in these proceedings.

8. **The $100.00 fee for admission pro hac vice accompanies this motion.**

9. We hereby certify under penalties of perjury that the foregoing statements are true and correct.

MOVANT

Signature

Sarah E. Meyer (Bar No. 29448)

Printed name and bar number

Womble Bond Dickinson (US) LLP

Office name

100 Light Street, 26th Floor, Baltimore, MD 21202

Address

410-545-5800

Telephone number

443-769-1507

Fax Number

sarah.meyer@wbd-us.com

Email Address

PROPOSED ADMITTEE

Signature

Tomio B. Narita

Printed name

Womble Bond Dickinson (US) LLP

Office name

50 California St., Suite 2750, San Francisco, CA 94111

Address

415-765-6276

Telephone number

415-433-5530

Fax Number

Tomio.Narita@wbd-us.com

Email Address

## <u>CERTIFICATE OF SERVICE</u>

I HEREBY CERTIFY that on this 14th day of May, 2026, a copy of the foregoing Motion for Admission Pro Hac Vice was filed and served upon all counsel of record via the Court's CM/ECF filing system.

*/s/ Sarah E. Meyer*
Sarah E. Meyer (Bar No. 29448)