**ATTACHMENT A**
**TO PRO HAC VICE MOTION OF TOMIO B. NARITA**

| Court of Admission | Date of Admission |
| --- | --- |
| USDC - Southern California | 1992 |
| USDC for the District of Colorado | 2011 |
| USDC of Appeals, Ninth Circuit | 2003 |
| USDC of Appeals, Second Circuit | 2009 |