**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

| | |
|---|---|
| CHET MICHAEL WILSON, | ) |
| | ) |
| Plaintiff, | ) |
| | ) Civil Action No. 26-cv-25-LKG |
| v. | ) |
| | ) Date: June 3, 2026 |
| THE HELOC COMPANY LLC, | ) |
| | ) |
| Defendant. | ) |
| | ) |

**AMENDED SCHEDULING ORDER**

On May 29, 2026, the parties filed a joint status report in the above-captioned matter requesting that the Court extend the deadlines in the May 22, 2026, Scheduling Order by 90 days.  ECF No. 14.

In light of the foregoing, the Court:

(1) **CANCELS** the Rule 16 Case Management Conference currently scheduled for June 3, 2026; and

(2) **MODIFIES** Section II of the Court's May 22, 2026, Scheduling Order as follows:

| | |
|---|---|
| **October 6, 2026** | Motions to amend the pleadings or for joinder of additional parties |
| **October 23, 2026** | Plaintiff's Rule 26(a)(2) expert disclosures |
| **November 23, 2026** | Defendant's Rule 26(a)(2) expert disclosures |
| **December 8, 2026** | Plaintiff's rebuttal Rule 26(a)(2) expert disclosures |
| **December 14, 2026** | Rule 26(e)(2) supplementation of disclosures and responses |
| **January 4, 2027** | Completion of Discovery; submission of Post-Discovery Joint Status Report, *see* Part V |
| **January 12, 2027** | Requests for admission |

**February 1, 2027**                    Notice of Intent to File a Pretrial Dispositive
                                        Motion, *see* Case Management Order Part II.A

The remaining provisions in the May 22, 2026, Scheduling Order shall remain in place.


**IT IS SO ORDERED.**

                                        s/ Lydia Kay Griggsby
                                        LYDIA KAY GRIGGSBY
                                        United States District Judge

2