**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

CHET MICHAEL WILSON, on behalf of himself and all others similarly situated,

Plaintiff,

v.

THE HELOC COMPANY LLC,

Defendant.

Civil Action No. 8:26-cv-00025-LKG

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff CHET MICHAEL WILSON and Defendant THE HELOC COMPANY LLC, hereby stipulate to dismiss the Plaintiff's individual claims with prejudice, with each party to bear its own costs and attorneys' fees.

Respectfully submitted this August 12, 2026.

Approved this 24th of August, 2026.

/s/ Lydia Kay Griggsby
LYDIA KAY GRIGGSBY
United States District Court

s/ Andrew Roman Perrong
Andrew Roman Perrong
a@perronglaw.com
Perrong Law LLC
1669 Edgewood Road, Suite 218
Yardley, PA 19067
Telephone: 215-225-5529

**Lead attorney for Plaintiff and the Proposed Class.**

/s/ *Sarah E. Meyer*
Sarah E. Meyer (Bar No. 29448)
100 Light Street 26th Floor
Baltimore, MD 21202
Phone: (410) 545-5800
Email: Sarah.Meyer@wbd-us.com

Tomio B. Narita (*admitted pro hac vice)*
50 California St., Suite 2750
San Francisco, CA 94111